REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   Abraham J. Colman (SBN 146933)
    Email: acolman@reedsmith.com
2   David S. Reidy (SBN 225904)
    Email: dreidy@reedsmith.com
3   James E. Heffner (SBN 245406)
    Email: jeheffner@reedsmith.com
4   REED SMITH LLP
    Two Embarcadero Center, Suite 2000
5   San Francisco, CA 94111-3922

6   **Mailing Address:**
    P.O. Box 7936
7   San Francisco, CA 94120-7936

8   Telephone:     +1 415 543 8700
    Facsimile:     +1 415 391 8269
9

    Attorneys for Defendant
10  Capital One Bank, sued erroneously as Capital
    One Financial Corporation Dba Capital One
11

12
                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14

15

16  MYRNA AQUINO, an individual,              No.: CGC-07-469906

17              Plaintiff,                    **DEFENDANT CAPITAL ONE BANK'S
                                              CERTIFICATE OF INTERESTED
                vs.                           PARTIES**
18

19  CAPITAL ONE FINANCIAL CORPORATION
    dba CAPITAL ONE; CIR LAW OFFICES, LLP;
20  CHRISTOPHER BEYER, an individual,         Compl. Filed:     December 11, 2007

21              Defendants.

22

23      Defendant Capital One Bank, sued erroneously as Capital One Financial Corporation dba

    Capital One, hereby submits this Certificate of Interested Parties.
24

25      Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

    associations of persons, firms, partnerships, corporations (including parent corporations) or other
26

    entities (i) have a financial interest in the subject matter in controversy or in a party to the
27

28

                                                                    DOCSSFO-12504111.1-JEHEFFNE
CERTIFICATE OF INTERESTED PARTIES

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

1 | proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

2 | substantially affected by the outcome of this proceeding:

3 |       1.      Capital One Financial Corporation is the parent company of Capital One Bank.

4 | Capital One Financial Corporation is a publicly traded company.  No shareholder owns more than

5 | 10% of Capital One Financial Corporation's stock.

6

7 |        DATED:  January 22, 2008

8 |                                        REED SMITH LLP

9 |                                        By

10 |                                           David S. Reidy
                                             Attorneys for Defendant
11 |                                          Capital One Bank

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCSSFO-12504111.1-JEHEFFNE

CERTIFICATE OF INTERESTED PARTIES

# PROOF OF SERVICE

*MYRNA AQUINO V. CAPITAL ONE BANK* {ERRONEOUSLY SUED AS CAPITAL ONE FINANCIAL CORP.} USDC, NORTHERN DISTRICT, CASE NO. CGC-07-469906

      I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922 On **January 22, 2008**, I served the following document(s) by the method indicated below:

## DEFENDANT CAPITAL ONE BANK'S CERTIFICATE OF INTERESTED PARTIES

☐    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☒    by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☐    by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.

**Attorneys for Plaintiff**

Irving L. Berg, Esq.
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925
Tel:    (415) 924-0742

      I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on **January 22, 2008**, at San Francisco, California.

*Patricia Giatis*
Patricia Giatis

DOCSSFO-12504429.1