Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
David S. Reidy (SBN 225904)
Email: dreidy@reedsmith.com
James E. Heffner (SBN 245406)
Email: jeheffner@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendant
Capital One Financial Corporation Dba Capital One

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRNA AQUINO, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CAPITAL ONE FINANCIAL CORPORATION dba CAPITAL ONE; CIR LAW OFFICES, LLP; CHRISTOPHER BEYER, an individual,<br><br>　　　　　Defendants. | No.: C 08-0479 SC<br><br>**PROOF OF SERVICE** |

ORIGINAL FILED
08 JAN 23 PM 3:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

*MYRNA AQUINO V. CAPITAL ONE BANK* {ERRONEOUSLY SUED AS CAPITAL ONE FINANCIAL CORP.} USDC, NORTHERN DISTRICT, CASE NO. CGC-07-469906

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922 On **January 23, 2008**, I served the following document(s) by the method indicated below:

1. DEFENDANT CAPITAL ONE BANK'S NOTICE OF REMOVAL;
2. DEFENDANT CAPITAL ONE BANK'S CERTIFICATE OF INTERESTED PARTIES;
3. ECF REGISTRATION INFORMATION HANDOUT; AND
4. ORDER SETTING CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.

**Attorneys for Plaintiff**

Irving L. Berg, Esq.
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925
Tel:   (415) 924-0742

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on **January 23, 2008**, at San Francisco, California.

*Patricia Giatis* (signature)
Patricia Giatis

DOCSSFO-12504429.1