SUPERIOR COURT OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO

**Myrna Aquino v. Capital One Financial Corp., et al.**
U. S. District Court No.: CV 08-00479 SC

**PROOF OF MAILING (Amended)**

    I declare I am over the age of eighteen years of age and not a party to the within case. My business address is 145 Town Center, PMB 493, Corte Madera, CA 94925. On the date set forth below, I served the:

**Plaintiff's Memorandum in Opposition to Defendant
Capital One's 12(b)(6) Motion**

by first class, United States mail, postage prepaid at Corte Madera, County of Marin, State of California, and addressed to those parties listed below.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated:   2/10/08                                                /s/
                                                                          Irving L. Berg


Christopher Beyer, Managing Partner
CIR Law Offices
8665 Gibbs Drive, Suite 150
San Diego, CA 92123