Abraham J. Colman (SBN 146933)
Email:  acolman@reedsmith.com
David S. Reidy (SBN 225904)
Email:  dreidy@reedsmith.com
James E. Heffner (SBN 245406)
Email:  jeheffner@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

Attorneys for Defendant
Capital One Bank (USA), N.A., sued erroneously as Capital One Financial Corporation Dba Capital One

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRNA AQUINO, an individual,<br><br>               Plaintiff,<br><br>       vs.<br><br>CAPITAL ONE FINANCIAL CORPORATION dba CAPITAL ONE; CIR LAW OFFICES, LLP; CHRISTOPHER BEYER, an individual,<br><br>               Defendants. | No.: 3:08-cv-479 SC<br><br>**ANSWER OF CAPITAL ONE FINANCIAL CORPORATION TO PLAINTIFF'S COMPLAINT**<br><br>Compl. Filed:   December 11, 2007<br>Trial Date:       None<br><br>Honorable:       Samuel Conti |

**ANSWER**

Defendant Capital One Bank(USA), NA,[1] ("Capital One"), sued erroneously as Capital One Financial Corporation Dba Capital One, hereby answers the allegations of the Complaint filed in this

---

[1] On March 1, 2008, Capital One Bank converted from a Virginia state-charter bank to national bank association. The name of the new entity is Capital One Bank (USA), N.A.

action by plaintiff Myrna Aquino ("Plaintiff").  Unless expressly admitted herein, Capital One lacks sufficient information to admit or deny the allegations and on that basis denies the allegations.

## Introduction

1. Answering Paragraph 1 of the Complaint, Capital One denies that it violated any statute.  As to the remaining allegations therein, Capital One lacks sufficient information to admit or deny the allegations stated therein and, on that basis, denies the allegations.

2. Answering Paragraph 2 of the Complaint, the CA FDCPA speaks for itself and no response is required, but, to the extent that a response is deemed to be required, Capital One denies the allegations contained herein.

3. Answering Paragraph 3 of the Complaint, the FDCPA speaks for itself and no response is required, but, to the extent that a response is deemed to be required, Capital One denies the allegations contained herein.

4. Answering Paragraph 4 of the Complaint, the CA FDCPA and FDCPA speak for themselves and no response is required, but, to the extent that a response is deemed to be required, Capital One denies the allegations contained herein.

## Jurisdiction and Venue

5. Answering Paragraph 5 of the Complaint, Capital One admits that this Court has jurisdiction as Plaintiff purports to assert claims under the FDCPA.  Capital One denies any liability to Plaintiff under the FDCPA or the CA FDCPA.  As to the remaining allegations of Paragraph 5, Capital One lacks sufficient information to admit or deny the allegations stated in Paragraph 5 and, on that basis, denies the allegations.

6. Answering Paragraph 6 of the Complaint, Capital One lacks sufficient information to admit or deny the allegations stated therein and, on that basis, denies the allegations.

## The Parties

7. Answering Paragraph 7 of the Complaint, Capital One lacks sufficient information to admit or deny the allegations stated therein and, on that basis, denies the allegations.

8. Answering Paragraph 8 of the Complaint, Capital One admits that it conducts business from 1500 Capital One Drive, Richmond, VA 23230-1119 and that service of process can be made on its chief executive officer, at the company's principal office.

9. Answering Paragraph 9 of the Complaint, this Paragraph contains conclusions of law to which no response is required, but, to the extent that a response may be deemed to be required, Capital One denies the allegations contained therein..

10. Answering Paragraph 10 of the Complaint, Capital One lacks sufficient information to admit or deny the allegations stated therein and, on that basis, denies the allegations.

11. Answering Paragraph 11 of the Complaint, Capital One lacks sufficient information to admit or deny the allegations stated therein and, on that basis, denies the allegations.

12. Answering Paragraph 12 of the Complaint, Capital One lacks sufficient information to admit or deny the allegations stated therein and, on that basis, denies the allegations.

13. Answering Paragraph 13 of the Complaint, Capital One lacks sufficient information to admit or deny the allegations stated therein and, on that basis, denies the allegations.

14. Answering Paragraph 14 of the Complaint, Capital One denies the allegations contained therein.

**Factual Allegations**

15. Answering Paragraph 15 of the Complaint, Capital One lacks sufficient information to admit or deny the allegations stated therein and, on that basis, denies the allegations.

16. Answering Paragraph 16 of the Complaint, Capital One lacks sufficient information to admit or deny the allegations stated therein and, on that basis, denies the allegations.

17. Answering Paragraph 17 of the Complaint, Capital One lacks sufficient information to admit or deny the allegations stated therein and, on that basis, denies the allegations.

18. Answering Paragraph 18 of the Complaint, Capital One lacks sufficient information to admit or deny the allegations stated therein and, on that basis, denies the allegations.

19. Answering Paragraph 19 of the Complaint, Capital One lacks sufficient information to admit or deny the allegations stated therein and, on that basis, denies the allegations.

20. Answering Paragraph 20 of the Complaint, Capital One lacks sufficient information to admit or deny the allegations stated therein and, on that basis, denies the allegations.

21. Answering Paragraph 21 of the Complaint, Capital One lacks sufficient information to admit or deny the allegations stated therein and, on that basis, denies the allegations.

22. Answering Paragraph 22 of the Complaint, Capital One denies the allegations contained therein.

23. Answering Paragraph 23 of the Complaint, the letter speaks for itself and no response is required, but, to the extent that a response is deemed to be required, Capital One lacks sufficient information to admit or deny the allegations stated therein and, on that basis, denies the allegations.

24. Answering Paragraph 24 of the Complaint, Capital One lacks sufficient information to admit or deny the allegations stated therein and, on that basis, denies the allegations.

25. Answering Paragraph 25 of the Complaint, Capital One lacks sufficient information to admit or deny the allegations stated therein and, on that basis, denies the allegations.

26. Answering Paragraph 26 of the Complaint, the letter speaks for itself and no response is required, but, to the extent that a response is deemed to be required, Capital One lacks sufficient information to admit or deny the allegations stated therein and, on that basis, denies the allegations.

27. Answering Paragraph 27 of the Complaint, Capital One lacks sufficient information to admit or deny the allegations stated therein and, on that basis, denies the allegations.

28. Answering Paragraph 28 of the Complaint, Capital One lacks sufficient information to admit or deny the allegations stated therein and, on that basis, denies the allegations.

29. Answering Paragraph 29 of the Complaint, Capital One lacks sufficient information to admit or deny the allegations stated therein and, on that basis, denies the allegations.

30. Answering Paragraph 30 of the Complaint, Capital One denies the allegations contained therein.

31. Answering Paragraph 31 of the Complaint, Capital One lacks sufficient information to admit or deny the allegations stated therein and, on that basis, denies the allegations.

32. Answering Paragraph 32 of the Complaint, Capital One lacks sufficient information to admit or deny the allegations stated therein and, on that basis, denies the allegations.

33. Answering Paragraph 33 of the Complaint, Capital One denies the allegations contained therein.

### First Claim For Relief – Violation Of The FDCPA

34-38. On April 17, 2008, this Court granted Capital One's motion to dismiss this cause of action. Accordingly, Capital One does not respond herein to those allegations.

### Second Claim For Relief – Violation Of The CA FDCPA

39. Answering Paragraph 39 of the Complaint, Capital One incorporates by reference its answers to paragraphs 1 through 38, above, as though the same were set forth herein.

40. Answering Paragraph 40 of the Complaint, Capital One lacks sufficient information to admit or deny the allegations stated therein and, on that basis, denies the allegations.

41. Answering Paragraph 41 of the Complaint, Capital One denies the allegations contained therein.

42. Answering Paragraph 42 of the Complaint, Capital One denies the allegations contained therein.

43. Answering Paragraph 43 of the Complaint, Capital One denies the allegations contained therein.

44. Answering Paragraph 44 of the Complaint, Capital One denies the allegations contained therein.

45. Answering Paragraph 45 of the Complaint, Capital One denies the allegations contained therein.

46. Answering Paragraph 46 of the Complaint, Capital One denies the allegations contained therein.

### PRAYER

47. Answering Paragraph 47 of the Complaint, Capital One denies the allegations contained therein.

///

///

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Claim)**

1. Plaintiff fails to allege sufficient facts to state any claim against Capital One for which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

**(Statute of Limitations)**

2. Plaintiff's claims against Capital One are barred by all applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

**(Laches)**

3. Plaintiff's claims against Capital One are barred by the doctrine of laches.

### FOURTH AFFIRMATIVE DEFENSE

**(Waiver)**

4. Plaintiff waived any and all claims, rights and demands made by her in the Complaint herein.

### FIFTH AFFIRMATIVE DEFENSE

**(Estoppel)**

5. Plaintiff is estopped from asserting the claims, rights and demands made by her in the Complaint herein.

### SIXTH AFFIRMATIVE DEFENSE

**(Fault of Others)**

6. If Plaintiff suffered or sustained any loss, injury, damage or detriment, the same was directly and proximately caused and contributed to by the breach, conduct, acts, omissions, activities, carelessness, recklessness, negligence, and/or intentional misconduct of third parties, and not by Capital One.

///

///

## SEVENTH AFFIRMATIVE DEFENSE

**(Unclean Hands)**

7. Plaintiff is barred from recovering against Capital One by virtue of her unlawful, immoral, careless, negligent and/or other wrongful conduct.

## EIGHTH AFFIRMATIVE DEFENSE

**(No Damages)**

8. Capital One has committed no act or omission causing damage to Plaintiff.

## NINTH AFFIRMATIVE DEFENSE

**(Speculative Damages)**

9. The damages claimed by Plaintiff in the Complaint are speculative.

## TENTH AFFIRMATIVE DEFENSE

**(Lack of Malice or Willfulness)**

10. Although Capital One specifically denies it has any liability with respect to Plaintiff's claims and allegations, Capital One asserts that it has not acted willfully or maliciously with respect to Plaintiff.

## ELEVENTH AFFIRMATIVE DEFENSE

**(Privilege and Qualified Privilege)**

11. Capital One pleads privilege and qualified privilege as affirmative defenses. By statute and by common law, Capital One was privileged and justified in acting as it did and in making the reports, statements and/or representations that it made. Accordingly, Capital One cannot be liable for Plaintiff's damages, if any.

## TWELFTH AFFIRMATIVE DEFENSE

**(Plaintiff's Failure to Provide Notice)**

12. Plaintiff has failed to give Capital One the notice required in connection with the purported causes of action raised in the Complaint.

///

///

///

ANSWER OF CAPITAL ONE TO PLAINTIFF'S COMPLAINT

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Statutory Compliance)

13. Plaintiff's claims, if any, are barred because Capital One's actions as alleged herein were authorized by statute and, based upon Capital One's compliance with the statute, such actions, if any, were lawful and cannot form the basis for liability to Plaintiff.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Right to Compel Arbitration)

14. By filing this Answer, Capital One does not waive its right to seek to compel arbitration. Capital One hereby reserves its right to move to compel arbitration at a later time.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Insufficient Particularity)

15. Plaintiff has failed to set out her claims with sufficient particularity to permit Capital One to raise all appropriate affirmative defenses, and therefore, Capital One reserves its right to amend or supplement this Answer with additional affirmative defenses.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Reservation of Rights)

16. Capital One has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses available. Capital One therefore reserves the right to assert additional affirmative defenses in the event discovery indicates that they may be appropriate.

///

///

///

**WHEREFORE**, Capital One prays for judgment as follows:

1. That Plaintiff take nothing by reason of his Complaint;

2. For its costs of suit herein;

3. For attorneys' fees according to proof, and

4. For such other and further relief as this Court may deem just and proper

DATED: April 24, 2008.

                    REED SMITH LLP

                    By /s/ James E. Heffner
                        James E. Heffner
                        Attorneys for Defendant
                        Capital One Bank

DOCSSFO-12512573.1