1  Abraham J. Colman (SBN 146933)
   Email: acolman@reedsmith.com
2  David S. Reidy (SBN 225904)
   Email: dreidy@reedsmith.com
3  James E. Heffner (SBN 245406)
   Email: jeheffner@reedsmith.com
4  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
5  San Francisco, CA 94111-3922

6  **Mailing Address:**
   P.O. Box 7936
7  San Francisco, CA 94120-7936

8  Telephone:   +1 415 543 8700
   Facsimile:   +1 415 391 8269
9
   Attorneys for Defendant
10 Capital One Bank (USA), N.A., sued
   erroneously as Capital One Financial
11 Corporation dba Capital One

12
                  UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14

15

16 MYRNA AQUINO, an individual,              No.: 3:08-cv-479 SC

17              Plaintiff,                   **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

18      vs.                                  Compl. Filed:    December 11, 2007

19 CAPITAL ONE FINANCIAL CORPORATION         Honorable:       Samuel Conti
   dba CAPITAL ONE; CIR LAW OFFICES, LLP;
20 CHRISTOPHER BEYER, an individual,

21              Defendants.

22

23

24

25         Counsel for Defendants Capital One Bank (USA), N.A., CIR LAW OFFICES, LLP and

26 Christopher Beyer have met and conferred regarding ADR and reached an agreement pursuant to

27 Civil L.R. 16-8 and ADR L.R. 3-5. Counsel for Plaintiff has not responded to defendants' efforts to

28 contact him by telephone and email to discuss this stipulation. Based on prior discussions with

Plaintiff counsel's, Defendants are informed and believe that Plaintiff also joins the following stipulation:

The parties agree to mediation (ADR L.R. 6). The parties also agree to hold the ADR session by the presumptive deadline (90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

Dated: 5/27/2008        /S/ James Heffner
                        Attorney for Defendant Capital One (USA), N.A.

Dated: 5/27/2008        /S/ Aimee R. Morris
                        Attorney for Defendants CIR LAW OFFICES, LLP,
                        and Christopher Beyer

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to mediation. The deadline for ADR session is 90 days from the date of this order.

**IT IS SO ORDERED**

Dated:_____                                _____
                                                  Honorable Samuel Conti

DOCSSFO-12516311.1-JEHEFFNE