| | |
|---|---|
| Irving L. Berg (SBN 36273)<br>THE BERG LAW GROUP<br>145 Town Center, PMB 493<br>   Corte Madera, California 94925<br>(415) 924-0742<br>(415) 891-8208 (Fax)<br>irvberg@comcast.net (e-mail)<br>ATTORNEY FOR PLAINTIFF | James E. Heffner, Esq.<br>REED SMITH LLP<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA 94111<br>(415) 543-8700<br>(415) 391-8269 (Fax)<br>ATTORNEY FOR DEFENDANTS, CAPITAL ONE FINANCIAL CORPORATION, et al.<br><br>Aimee R. Morris, Esq.<br>CREDITOR IUSTUS ET REMEDIUM, LLP<br>P. O. Box 23189<br>San Diego, CA 92193-3189<br>(858) 695-6983<br>(858) 496-5977 (Fax)<br>ATTORNEY FOR DEFENDANTS, CIR LAW OFFICES AND CHRISTOPHER BEYER |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYRNA AQUINO, an individual,<br><br>        Plaintiff,<br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION dba CAPITAL ONE;<br>CIR LAW OFFICES, LLP;<br>CHRISTOPHER BEYER, an individual,<br><br>        Defendants.<br>_____/ | Case No.  3:08 CV 00479 SC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:      June 6, 2008<br>Time:     10:00 a.m.<br>Dept:     Courtroom 1<br>Judge:    Hon. Samuel Conti |

    The parties, by their attorneys, file this joint Case Management Statement addressing all of the topics set forth in the Standing Orders of All Judges of the Northern District of California.

    1.    <u>Jurisdiction and Service</u>.  This Court's jurisdiction is based on 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.  Supplemental jurisdiction over the state law claims is based on 28 U.S.C. § 1367.

    At this time, the Parties are not aware of any issues regarding personal jurisdiction or venue.

CIR & Beyer state: Venue as to Defendants CIR and BEYER would be proper in the U.S. District Court for the Southern District of California; however, venue is acceptable in the Northern District.

At this time, Plaintiff is not aware of any additional parties to be served, but asks that the time for service remain open until the completion of discovery.

2. <u>Facts</u>. Plaintiff alleges Defendant Capital One is a debt collector under California law. Defendant Capital One removed this case from the San Francisco Superior Court. The court has accepted jurisdiction.

Defendant CIR is a law firm. Defendant CREDITOR IUSTUS et REMEDIUM, LLP does business under its fully recorded fictitious business name of CIR Law Offices, LLP. It is a law firm and a debt collector under both federal and state law.

Defendants CIR and Beyer dispute Plaintiff's version of the facts and denies the allegations pending discovery.

Defendant Capital One was allegedly put on notice that Plaintiff was represented by an attorney and that Capital One was therefore required to confine its collection communications to Plaintiff's attorney. Notice to defendant Capital One was allegedly given by letters, <u>Exhibits A and C</u> to the Complaint. Notwithstanding notice, Defendant Capital One allegedly continued to contact Plaintiff by Capital One's debt collector and by its agent, CIR.

Defendant Capital One disputes Plaintiff's version of the facts and denies the allegations pending discovery.

3. <u>Legal Issues</u>. Issues are whether Defendants' collection efforts, if they occurred, violated the FDCPA and the California Rosenthal Act.

<u>Plaintiff's Issues</u> are whether there were violations in the following particulars:

    A.    contacting Plaintiff directly after notice of attorney representation;

    B.    failure of Defendant CIR to make a meaningful review of Plaintiff's account before initiating collection.

<u>Defendants' Issues</u> are:

JOINT CASE MANAGEMENT STATEMENT             AQUINO V. CAPITAL ONE FINANCIAL CORP., et al.
CASE NO. 3:08 CV 00479 SC

1   Capital One is unable to identify legal issues without further discovery.

2   CIR and Beyer are unable to identify legal issues without further discovery.

3   4.   <u>Motions</u>.  Plaintiff will move for summary judgment after completion of
4   discovery.

5   Defendants:

6   Capital One filed a motion to dismiss that was heard and granted in part.  Capital One
7   expects to file a motion for summary judgment after completion of discovery.

8   CIR and Beyer expect to file a motion for summary judgment after completion of
9   discovery.

10   5.   <u>Amendment of Pleadings</u>.  Plaintiff at this time does not anticipate amending the
11   Complaint.  Plaintiff asks that the deadline for amendment be set at the completion of discovery.

12   Defendants request:

13   Capital One does not agree, and requests that amendments to the pleadings be in
14   accordance with the federal rules.

15   CIR and Beyer do not anticipate amending their answer and request that the amendments
16   to the pleadings, if any, be made in accordance with the federal rules.

17   6.   <u>Evidence Preservation</u>.  Plaintiff asks that the Court issue an evidence
18   preservation order.

19   7.   <u>Disclosures</u>.  Plaintiff sent to Defendants her initial disclosures required pursuant
20   to Rule 26 of the Fed. Rules Civ. Proc.

21   Defendants:

22   Capital One will make initial disclosures on or before their due date of May 30, 2008.

23   CIR and Beyer will make initial disclosures on or before their due date of May 30, 2008.

24   8.   <u>Discovery</u>.  Plaintiff will propound Plaintiff's first set of discovery requests to
25   Defendants within the next thirty days.

26   Defendants:

27   Capital One has not propounded any discovery, but expects to propound written

28   JOINT CASE MANAGEMENT STATEMENT                            AQUINO V. CAPITAL ONE FINANCIAL
                                                                                CORP., et al.
3                                                     CASE NO. 3:08 CV 00479 SC

1 discovery and take various depositions. Capital One proposes no changes to the discovery rules.

2 CIR and Beyer have not propounded any discovery, but expect to propound written and
3 oral discovery.

4     9. <u>Class actions</u>. Not applicable.

5     10. <u>Related cases</u>. Plaintiff is not aware of any related cases.

6     11. <u>Relief</u>. Plaintiff seeks statutory damages of $2,000 as against each Defendant and
7 actual damages of $4,000 against the Defendants jointly and severally.

8     12. <u>Settlement and ADR</u>. The parties have agreed to mediation under ADR auspices.

9     13. <u>Consent to magistrate judge for all purposes</u>. Plaintiff consents to have this
10 matter heard by the magistrate judge for all purposes.

11 Defendants: Capital One does not consent to a magistrate.

12 CIR and Beyer do not consent t a magistrate.

13     14. <u>Other references</u>. Plaintiff declines references other than mediation under the
14 ADR.

15     15. <u>Narrowing of Issues</u>. Plaintiff believes summary judgment can narrow the issues.
16 Defendants:

17 Capital One believes discovery will narrow the issues.

18 CIR and Beyer believe that both discovery and summary judgment can narrow the issues.

19     16. <u>Expedited schedule</u>. This case is not amenable to handling on an expedited basis.

20     17. <u>Scheduling</u>. The parties propose that the discovery cut-off be September 1, 2008,
21 that the date for designation of experts be August 1, 2008, that the date for hearing summary
22 judgment motions be the week of November 1, 2008, and that the trial date be after January 1,
23 2009.

24     18. <u>Trial</u>. The trial will be a court trial, and the length of trial is expected to be 3-4
25 days.

26     19. <u>Disclosures of non-party, interested entities or persons</u>. Plaintiff has no
27 disclosures to make.

28 JOINT CASE MANAGEMENT STATEMENT      AQUINO V. CAPITAL ONE FINANCIAL CORP., et al.
CASE NO. 3:08 CV 00479 SC

1     20. <u>Other matters</u>.  The parties have no other matters to disclose at this time.

Respectfully submitted,

Dated: 5/4/04

\_\_\_/s/_____
Irving L. Berg
The Berg Law Group
Attorney for Plaintiffs


\_\_\_/s/_____
James E. Heffner, Esq.
REED SMITH
Attorneys for Defendants,
Capital One Financial Corp., et al.


\_\_\_/s/_____
Aimee R. Morris, Esq.
CREDITOR IUSTUS ET REMEDIUM, LLP
Attorneys for Defendants, CIR Law Offices, LLC, and Christopher Beyer

JOINT CASE MANAGEMENT STATEMENT      AQUINO V. CAPITAL ONE FINANCIAL CORP., et al.
CASE NO. 3:08 CV 00479 SC