UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-08-479             SAMUEL CONTI              DATE June 6, 2008
Case Number          Judge

Title: MYRNA AQUINO             vs CAPITAL ONE FINANCIAL, et al.

Attorneys: IRVING BERG              DAVID REIDE

Deputy Clerk: T. De Martini    Court Reporter: Belle Ball

Court   Pltf's   Deft's
(XXX)   (   )   (   )   1. Status Conference - Held

(   )   (XXX)   (   )   2. Motion to Amend the Complaint - Granted

(   )   (   )   (   )   3.

(   )   (   )   (   )   4.

(   )   (   )   (   )   5.

(   )Motion(s): (   )Granted  (   )Denied  (   )Withdrawn

(   )Granted/Denied  (   )Off Calendar  (   )Submitted

Order to be Prepared by:(   )Pltf  (   )Deft  (   )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Court/Jury Trial

Case Continued to_____ for Further Status Conference

Case Continued to 11/21/08 @ 10:00 a.m. for Cross Motions for Summary
                                                                   Judgment

ORDERED AFTER HEARING: CASE REFERRED TO MEDIATION

cc: