# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Aquino,<br><br>           Plaintiff(s),<br><br>     v.<br><br>Capital One Financial Corporation,<br><br>           Defendant(s). | 08-00479 SC MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

>**Kent C. Jonas**
>Thelen, Reid & Priest, LLP
>101 Second St., Suite 1800
>San Francisco, CA 94105
>415-369-7150

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00479 SC MED                      - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: June 27, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-00479 SC MED                        - 2 -