07/15/2008 17:11 FAX 858 496 5977    CIR LAW OFFICES                    ☒001
JUL-15-2008 17 Case 3:08-cv-00479-SC  Document 19  Filed 07/15/2008 496 Page 1 of 1   P.1/1

JUL-13-2008 09:21 From:                                 To:ReedSmithOAK        P.2/2

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYRNA AQUINO, an individual, | Case No.: CV 08-00479 SC |
| Plaintiff, | STIPULATION TO DISMISS |
| v. | |
| CAPITAL ONE FINANCIAL CORPORATION dba CAPITAL ONE; CIR LAW OFFICES, LLP; CHRISTOPHER BEYER, an individual, | |
| Defendants. | |

It is hereby stipulated and agreed by and between the parties that the herein action be dismissed with prejudice as to all Defendants and without costs and attorneys fees to any party, all costs and attorneys fees having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Dated this ____ day of _____, 2008

Myrna Aquino, Plaintiff

_____
by Irving L. Berg, Esq.
The Berg Law Group

Capital One Financial Corporation dba Capital One, Defendant

_____
by David S. Reidy, Esq.
Reed Smith LLP

CIR Law Offices, Defendant

_____
by Aimee R. Morris, Esq.
Creditor Iustus et Remedium, LLP

Christopher Beyer, Defendant

_____
by Aimee R. Morris, Esq.
Creditor Iustus et Remedium, LLP

STIPULATION TO DISMISS

AQUINO V. CAPITAL ONE
CASE NO. 08-00479 SC

1